UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHELSEA HENNINGS,

        Plaintiff,                                 **ORDER**
                                                        **11-CV-6252 (JBW)(MDG)**

        - against -

BUKA NEW YORK CORP., et al.,

        Defendants.
------------------------------------------------------------X

**GO, United States Magistrate Judge:**

        Defendant Buka New York Corp.'s application for appointment of counsel pursuant to 28 U.S.C. § 1915(d) is hereby denied. Despite this defendant's financial status, corporations cannot proceed under section 1915 *in forma pauperis*. See Rowland v. California Men's Colony, 506 U.S. 194 (1993). Defendant is further warned that corporations cannot appear in federal court other than through counsel.

        **SO ORDERED.**

                                                                        ___/s/_____
                                                                        MARILYN D. GO
Dated: February 9, 2012                                   United States Magistrate Judge
        Brooklyn, New York